IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO SANCHEZ,

    Plaintiff,

v.                                              No. CIV-14-0779 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

# FINAL ORDER

    **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 15)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

    IT IS SO ORDERED.

_____
**THE HONORABLE LOURDES A. MARTINEZ
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent**